## Roy DAVIS v. STATE.
153 So. 920

3 Div. 738.

Court of Appeals of Alabama.
March 6, 1934.

G. O. Dickey, of Evergreen, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, Judge.

Reversed and remanded on authority of Roy Davis v. State, ante, p. 63, 152 So. 612.

## Shed DAVIS v. STATE.
157 So. 916

2 Div. 543.

Court of Appeals of Alabama.
Nov. 6, 1934.

BRICKEN, Presiding Judge.

This appeal is rested upon the record proper. There is no bill of exceptions. The record is regular and without error; therefore the judgment of conviction from which this appeal was taken will stand affirmed.

Affirmed.

## Mittie DAWKINS v. STATE
151 So. 924

6 Div. 491.

Court of Appeals of Alabama.
Dec. 19, 1933.

BRICKEN, Presiding Judge.

Appeal dismissed.

## J. A. DEAN v. STATE.
161 So. 917

8 Div. 193.

Court of Appeals of Alabama.
June 4, 1935.

SAMFORD, Judge.

Affirmed.

## Ex parte Frank M. DE GRAFFENRIED.
163 So. 906

4 Div. 230.

Court of Appeals of Alabama.
Nov. 5, 1935.

Frank M. De Graffenried, of Seale, for petitioner.

George W. Andrews, Jr., Sol., of Union Springs, for respondent.

PER CURIAM.

Petition dismissed; writ recalled.

## Luther DELAY v. STATE.
154 So. 921

6 Div. 575.

Court of Appeals of Alabama.
May 8, 1934.

SAMFORD, Judge.

Appeal dismissed.